### First Revised Synopsis

| | |
|---|---|
| Name: | James M. Cameron |
| Address: (City & State Only) | Rome, Maine |
| Year of Birth and Age: | 1962/50 |
| Violations: | 18 U.S.C. 401(3): Criminal Contempt |
| Penalties: | 18 U.S.C. 401(3) permits imprisonment or fine, or both, within court's discretion. Section 401(3) carries no statutory maximum penalty. <u>Frank v. U.S.</u>, 395 U.S. 147, 149 (1969).<br>18 U.S.C. 3147: if contempt committed while on release, up to 10 years imprisonment consecutive to term on underlying offense |
| Supervised Release: | Five years. 18 U.S.C. 3583(b)(1) |
| Maximum Term of Imprisonment for Violation of Supervised Release: | Five years. 18 U.S.C. 3583(e)(3) |
| Maximum Add'l Term of Supervised Release for Violation of Supervised Release: | Five years, less any term of imprisonment imposed for the violation |
| Defendant's Attorney: | David Beneman |
| Primary Investigative Agency and Case Agent Name: | United States Marshals Service; Michael Tenuta |
| Detention Status: | In custody |
| Foreign National: | No |
| Foreign Consular Notification Provided: | N/A |
| County: | Kennebec |
| AUSA: | Gail Malone/Donald Clark |
| Guidelines apply?  Y/N | Yes |
| Victim Case: | No |

| Corporate Victims Owed Restitution: | None |
|---|---|
| Assessments: | $100 |