UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 13-001-B-W |
| | ) | |
| JAMES M. CAMERON | ) | |

**PROSECUTION VERSION**

Were this matter to proceed to trial, the Government would introduce evidence that Defendant was released on bail pending appeal on August 11, 2011. Among other things, his bail conditions required him to:

a. Advise the Court, defense counsel and the U.S. Attorney in writing before any change of address;

b. Not travel outside the State of Maine without permission;

c. Report as directed to U.S. Pretrial Services;

d. Participate in location monitoring and internet monitoring as directed;

e. Abide by a 9 p.m. to 9 a.m. curfew, and leave his residence during curfew hours only with advance approval of his supervising officer.

U.S. Probation Officer Bryce Turgeon explained these conditions to Defendant before his release. Defendant indicated he understood and signed the Order Setting Conditions of Release, Electronic Monitoring Agreement and Computer Monitoring Agreement indicating that he understood the conditions and promised to abide by them.

When Defendant was released on bail, Defendant provided Mr. Turgeon with contact information, including his home phone number and cell phone number. Defendant was informed

of his obligation to stay in touch with Probation and to respond promptly to any Probation attempts to reach him.

Because Defendant's release conditions imposed location monitoring, Defendant was required to have and maintain a land line phone at his residence. To this land line, the Probation Office connected a location monitoring device. It also provided Defendant with an electronic bracelet and informed him of his obligation to wear the bracelet, and to make sure that the land line was operational and the monitoring device plugged in, at all times.

On November 15, 2012, after the location monitoring device sent an electronic signal that it was unable to locate Defendant, U.S. Probation Officer Mitchell Oswald attempted to reach Defendant by calling the home phone number and cell phone number he had provided to Mr. Turgeon. He was unable to reach Defendant at either number. Several hours later, Mr. Oswald again tried to reach Defendant on those numbers and was unsuccessful.

At 10:30 a.m. on November 15, 2012, Officer Turgeon visited Defendant's residence with officers from the Maine State Police. Defendant and his vehicle, and the laptop computer on which the Probation Office had installed an Internet monitoring program, were all gone. His cell phone was in the house. The location monitoring device in Defendant's home indicated that on November 14, 2012, at 8:05 p.m., Defendant had arrived home, and that at 12:46 a.m. on November 15, 2012, he had departed from the residence.

On December 2, 2012, Defendant was arrested by the U.S. Marshal's Service in Albuquerque, New Mexico. Defendant had not notified the Probation Office that he was leaving his residence, nor provided new or different contact information, nor obtained permission to leave the State of Maine, stop electronic monitoring or disconnect his computer from the internet

monitoring device.  The laptop computer that had been connected to the Internet monitoring software was seized from his vehicle.

Date:  January 31, 2013		RICHARD W. MURPHY
					Attorney for the United States
					Acting Under Authority Conferred by 28 U.S.C. § 515.

					**/s/ GAIL FISK MALONE**

					GAIL FISK MALONE
					DONALD E. CLARK
					Assistant United States Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2013, I electronically filed Prosecution Version with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David R. Beneman, Esq., at David.Beneman@fd.org


					Richard W. Murphy
					Attorney for the United States
					Acting Under Authority Conferred by 28 U.S.C. § 515

					BY: **/s/ Gail Fisk Malone**
					Gail Fisk Malone
					Assistant United States Attorney
					U.S. Attorney's Office
					202 Harlow Street, Suite 111
					Bangor, Maine 04401
					Tel: 207-945-0373
					gail.f.malone@usdoj.gov